IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARKEL ODEN, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 1:21-CV-04869-AT-WEJ |

## JOINT STATUS REPORT

Plaintiff Markel Oden ("Plaintiff") and Defendant Starbucks Corporation ("Defendant," and collectively with Plaintiff, the "Parties"), pursuant to the Court's January 3, 2022 Order (Dkt. 7), hereby jointly provide the Court a status update regarding this matter.  On January 28, 2022, the Parties conducted mediation with mediator Penn Payne.  The mediation was successful and the parties reached an agreement in principle to settle the claims of both Plaintiff and opt-in Plaintiff Scott Cocolin contingent on the dismissal of this action in its current form with prejudice. The parties will work cooperatively to finalize these settlements and to file with the Court a stipulation of dismissal with prejudice.

Respectfully submitted this 2nd day of February 2022.

| | |
|---|---|
| */s/ Mitchell L. Feldman\** | */s/ Jennifer Miller* |
| Mitchell L. Feldman | Jennifer Miller |
| Florida Bar No. 0080349 | Georgia Bar No. 614520 |
| FELDMAN LEGAL GROUP | LITTLER MENDELSON, P.C. |
| 6916 W. Linebaugh Ave. #101 | 3424 Peachtree Rd., NE, Suite 1200 |
| Tampa, FL 33625 | Atlanta, GA  30326 |
| T: (813) 639-9366 | T: (404) 233-0330 |
| mfeldman@flandgatrialattorneys.com | jbmiller@littler.com |
| | |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

*\*with express written permission*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARKEL ODEN, *individually and on behalf of all others similarly situated,*<br><br>    Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. 1:21-CV-04869-AT-WEJ |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2022, a copy of the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiff's counsel of record as follows:

    Mitchell L. Feldman
    mfeldman@flandgatrialattorneys.com

    */s/ Jennifer B. Miller*
    Jennifer B. Miller